DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SEAN PATRICK EMKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2404
_____

February 18, 2026

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.